UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| RAFAEL HUERTA,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTHERN PELAGIC GROUP, LLC,<br>And MAREL SEATTLE, INC.<br><br>    Defendants. | Civil Action No. 1:17 cv 10656-LTS |

**DEFENDANT, MAREL SEATTLE, INC.'S RULE 7.1 DISCLOSURE**

Please check one box:

___   The nongovernmental corporate party in the above listed civil action does <u>not</u> have any parent corporation and publicly held corporation that owns 10% or more of its stock.

_X_   The nongovernmental corporate party Marel Seattle Inc. in the above listed civil action has the following parent corporation(s) and/or publicly held corporation(s) that owns 10% or more of its stock:  Marel Seattle Inc. is wholly owned by Marel Holding LP.

DATED: April 25, 2017

                Respectfully submitted,

                _/s/ Scott L. Machanic_
                Scott Machanic BBO #311120
                Cunningham, Machanic, Cetlin, Johnson,
                Harney & Tenney, LLP
                220 N. Main Street
                Natick, MA 01760
                (508) 651-7524
                smachanic@cmlaw.net

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on  *April 25, 2017* the foregoing Rule 7.1 Disclosure Statement was electronically filed with the Clerk of the Court using the CM/ECF system, and the documents identified herein were mailed to:

>Mark Karsner
>Karsner & Meehan, P.C.
>128 Dean Street
>Taunton, MA 02780

/s/*Scott L. Machanic*