UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAFAEL HUERTA,<br>        Plaintiff<br><br>VS.<br><br>NORTHERN PELAGIC GROUP, LLC,<br>and MAREL SEATTLE, INC.<br><br>        Defendants | )<br>)<br>)<br>)<br>)     1:17-cv-10656-LTS<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S DISCLOSURE OF MEDICAL INFORMATION
PURSUANT TO L.R. 35.1**

Pursuant to L.R. 35.1, the Plaintiff discloses the following medical information:

(A) DISCLOSURE BY CLAIMANT.

(1) **Itemization of Medical Expenses**.  Copies of these medical bills have been produced to Defendants' counsel via regular mail on this day.

Southcoast Hospitals Group
Dates of Service:
03/27/15 $653.51
04/13/15 $15,059.33
06/05/15 to 06/29/15 $1,690.00
07/01/15 to 07/31/15 $1,756.00
08/03/15 to 08/28/15 $1,932.00
09/01/15 to 09/15/15 $698.00
03/23/16 $398.00
04/01/16 to 04/29/16 $1,508.00
05/03/16 to 05/17/16 $1,398.00
08/08/16 to 08/30/16 $1,513.00
09/01/16 to 09/28/16 $1,417.00
10/03/16 to 10/13/16 $1,050.00
11/07/16 to 11/28/16 $1,132.00
12/01/16 to 12/08/16 $894.00

Southcoast Physicians Group/Christian Petrulio, M.D.
Dates of Service:
04/02/15 $269.00
04/13/15 $1,439.00

10/19/15 $268.00
11/05/15 $268.00
12/09/15 $23.00

RAD Associates of Greater New Bedford
03/27/15 $22.00
04/13/15 $22.00

Anesthesia Assoc. of MA
04/13/15 $1,386.00

Pro Sports Orthopedics
Dates of Service: 12/22/15 to 01/10/17 $16,070.00

New England Baptist Hospital
02/04/16 $5,280.16
07/21/16 $4,694.04

**Lost Earning Potential**
The Plaintiff has been unable to work since his injury. He has lost approximately $60,000.00 in wages and his wage loss continues to grow weekly at an average weekly rate of $546.27.

**Anticipated Future Lost Earning Potential**
Amount unknown at this time.

**Anticipated Future Medical Expenses**
Amount unknown at this time.

(2) **Statement Identifying all Health Care Providers.**
The following is a list of the health care providers that treated the Plaintiff for his injuries as stated in the Complaint. Copies of the medical records received to date have been produced to Defendants' counsel via regular mail on this day.

Southcoast Hospitals Group
Dates of Service: 03/27/15 (ER), 04/13/15 (Surgery), 06/05/15 to 09/15/15 (OT), 03/23/16 to 04/14/16 (OT), 04/27/16 to 05/17/16 (OT), 08/08/16 to 11/07/16 (OT),

Southcoast Physicians Group/Christian Petrulio, M.D.
Dates of Service: 04/02/15, 04/13/15, 04/23/15, 04/28/15, GAP, 10/19/15, 11/05/15

Pro Sports Orthopedics
Dates of Service: 12/22/15 to 09/12/16

<u>New England Baptist Hospital</u>
02/04/16, 07/21/16

<u>Richard S. Fraser, M.D.</u>
25 Lull Street, Westwood, MA 02090
Date of Service: 10/15/15

<u>Barry Saperia, M.D.</u>
72 Washington Street, Suite 2600, Taunton, MA 02780
Date of Service: 03/10/17

(B) ASSERTION OF PRIVILEGE.

Currently, there are no medical records in the possession of Plaintiff's counsel that are deemed privileged.

Dated:  May 9, 2017                         Respectfully submitted,
                                            RAFAEL HUERTA
                                            By his Attorney,

                                            */s/ Russell D. Luiz*
                                            _____
                                            Russell D. Luiz, BBO# 689213
                                            rdl@karsnermeehan.com
                                            KARSNER & MEEHAN, P.C.
                                            128 Dean Street
                                            Taunton, MA 02780
                                            508-822-6600

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the above document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on 05/09/17.

I also certify that a true copy of the above document was mailed via first class mail to Attorney David O'Connor, counsel for Northern Pelagic Group, LLC, 325 Boston Post Road, Sudbury, Massachusetts, 01776, on 05/09/17.

                                            */s/ Russell D. Luiz*
                                            _____
                                            Russell D. Luiz