UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| RAFAEL HUERTA, | ) |
|           Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 1:17 CV 10656-LTS |
| NORTHERN PELAGIC GROUP, LLC, And MAREL SEATTLE, INC. | ) |
|           Defendants. | ) |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)**

Defendant Marel Seattle, Inc. ("Marel") and Defendant's counsel hereby certify that we have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ Kara Kezios
Kara Kezios
Marel Legal Counsel of Americas
8145 Flint Street
Lenexa, KS 66214

/s/ Scott Machanic
Scott Machanic, Esq. BBO #311120
Cunningham, Machanic, Cetlin, Johnson,
Harney & Tenney, LLP
220 N. Main Street
Natick, MA 01760
(508) 651-7524
smachanic@cmlaw.net

Joshua D. Yeager, Esq.
(Pro Hac Vice Application Pending)
Cremer, Spina, Shaughnessy, Jansen & Siegert, LLC
One North Franklin, 10th Floor
Chicago, IL 60606
(312) 726-3800
jyeager@cremerspina.com

*Attorneys for Defendant Marel Seattle, Inc.*

*357693_1*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on June 1, 2017 the foregoing Certification Pursuant to Local Rule 16.1 was electronically filed with the Clerk of the Court using the CM/ECF system, and that all counsel for all parties were electronically served with copies by the CM/ECF system.:

                  /s/*Scott L. Machanic*