UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAFAEL HUERTA,<br>   Plaintiff<br><br>VS.<br><br>NORTHERN PELAGIC GROUP, LLC,<br>and MAREL SEATTLE, INC.<br><br>   Defendants | )<br>)<br>)<br>)<br>)  1:17-cv-10656-LTS<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(d)

Pursuant to Local Rule 16.1(d), the parties submit the following joint statement:

**I. AGENDA OF MATTERS**

The primary matters to be discussed at the scheduling conference are as follows:

1. The parties' proposed pretrial schedule set forth below.

**II. PROPOSED PRETRIAL SCHEDULE**

After conferring in accordance with Local Rule 16.1, the parties have reached agreement on the proposed discovery plan and schedule for filing motions set forth below:

**A. PROPOSED DISCOVERY PLAN**

1. The scope of discovery in this matter shall conform to the requirements set forth in Fed. R. Civ. P. 26(b).

2. Taking into account the desirability of conducting phased discovery, the parties proposed the following schedule:

PHASE I:  Developing information needed for a realistic assessment of the case.

a. Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by **06/21/17** (at or within 14 days after Scheduling Conference).

  b. All fact discovery, including depositions (but excluding expert depositions and requests for admissions), will be completed on or before **06/07/18** (12 months after the Scheduling Conference).

  c. The parties will each be limited to ten (10) depositions per side in accordance with Local Rule 26.1(c).

  d. The parties will each be limited to twenty-five (25) interrogatories in accordance with Local Rule 26.1(c).

  e. The parties will each be limited to twenty-five (25) requests for admissions in accordance with Local Rule 26.1(c).  These may be served up to **06/07/18**.

  f. The parties will each be limited to two (2) separate sets of requests for production of documents in accordance with Local Rule 26.1(c).

PHASE II:  Developing information needed to prepare for trial.

  a. The plaintiff will provide his expert witness disclosure to the defendant in accordance with Fed. R. Civ. P. 26(a)(2) on or before **07/06/18** (1 month after the discovery deadline).

  b. Plaintiff's expert deposition must be completed by **08/06/18** (1 month after the Plaintiff's expert witness disclosure deadline).

  c. The defendant will provide its expert witness disclosure to the plaintiff in accordance with Fed. R. Civ. P. 26(a)(2) on or before **09/06/18** (1 month after the Plaintiff's expert deposition deadline).

  d. Defendant's expert deposition must be completed by **10/08/18** (1 month after the Defendant's expert witness disclosure deadline).

### III. PROPOSED SCHEDULE FOR FILING MOTIONS

1. All motions for amendment to pleadings will be filed and served on or before **06/07/18** (the discovery disclosure deadline).

2. Fed. R. Civ. P. 56 motions will be filed and served on or before **11/08/18** (after expert depositions are complete).

3. Oppositions to Fed. R. Civ. P. 56 motions will be filed and served on or before **12/10/18** (1 month after the filing of said motion).

### IV. CERTIFICATIONS

The Certifications required by Local Rule 16.1(d)(3) have been filed or will be filed separately by each party on or before the date of the Scheduling Conference.

Dated: 06/02/17

Respectfully submitted,
RAFAEL HUERTA
By his Attorney,

*/s/ Mark R. Karsner*

Mark R. Karsner, BBO# 260380
mrk@karsnermeehan.com
Russell D. Luiz, BBO# 689213
rdl@karsnermeehan.com
KARSNER & MEEHAN, P.C.
128 Dean Street
Taunton, MA 02780
508-822-6600

Respectfully submitted,
NORTHERN PELAGIC GROUP, LLC
By its Attorney,

*/s/ David M. O'Connor*

David M. O'Connor, BBO# 544166
doconnor@oconnorllc.com
O'Connor & Associates, LLC
325 Boston Post Road
Sudbury, MA 01776
978-443-3510


Respectfully submitted,
MAREL SEATTLE, INC.
By its Attorney,

*/s/ Scott L. Machanic*

Scott L. Machanic, BBO# 311120
smachanic@cmlaw.net
Cunningham, Machanic, Cetlin,
Johnson, Harney & Tenney, LLP
Lakewood Office Park
220 North Main Street, Suite 301
Natick, MA 01760-1100
508-651-7524

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed through the ECF systems and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on 06/02/17.

*/s/ Mark R. Karsner*

Mark R. Karsner