UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAFAEL HUERTA,<br>          Plaintiff<br><br>VS.<br><br>NORTHERN PELAGIC GROUP, LLC,<br>and MAREL SEATTLE, INC.<br><br>          Defendants | )<br>)<br>)<br>)<br>)          1:17-cv-10656-LTS<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S INITIAL DISCLOSURE
## PURSUANT TO Fed.R.Civ.P. 26(a)(1) and L.R. 26.1(A)

Pursuant to Fed.R.Civ.P. 26(a)(1) and L.R. 26.1(A), the Plaintiff discloses the following discovery:

**(i)** **Individuals Likely To Have Discoverable Matter.**
  a. Rafael Huerta (Plaintiff)
  b. Northern Pelagic Group, LLC (Defendant)
  c. Marel Seattle, Inc. (Defendant)
  d. Keeper of Records of all medical providers listed below.

Plaintiff reserves the right to supplement these disclosures in a timely manner if and when individuals likely to have discoverable information are identified during the discovery period.

**(ii)** **Documents and Tangible Items to Support Plaintiff's Claim.** Copies of all medical records and bills listed below have already been submitted to counsel for both Defendants in the Plaintiff's L.R. 35.1 Voluntary Disclosure. Plaintiff reserves the right to supplement these disclosures.

   a. **Plaintiff's Medical Records and Bills.**

   **Medical Bills:**

   Southcoast Hospitals Group
   Dates of Service:
   03/27/15 $653.51
   04/13/15 $15,059.33
   06/05/15 to 06/29/15 $1,690.00
   07/01/15 to 07/31/15 $1,756.00
   08/03/15 to 08/28/15 $1,932.00
   09/01/15 to 09/15/15 $698.00
   03/23/16 $398.00

04/01/16 to 04/29/16 $1,508.00
05/03/16 to 05/17/16 $1,398.00
08/08/16 to 08/30/16 $1,513.00
09/01/16 to 09/28/16 $1,417.00
10/03/16 to 10/13/16 $1,050.00
11/07/16 to 11/28/16 $1,132.00
12/01/16 to 12/08/16 $894.00

Southcoast Physicians Group/Christian Petrulio, M.D.
Dates of Service:
04/02/15 $269.00
04/13/15 $1,439.00
10/19/15 $268.00
11/05/15 $268.00
12/09/15 $23.00

RAD Associates of Greater New Bedford
03/27/15 $22.00
04/13/15 $22.00

Anesthesia Assoc. of MA
04/13/15 $1,386.00

Pro Sports Orthopedics
Dates of Service: 12/22/15 to 01/10/17 $16,070.00

New England Baptist Hospital
02/04/16 $5,280.16
07/21/16 $4,694.04

**Medical Records:**
Southcoast Hospitals Group
Dates of Service:
03/27/15 (ER), 04/13/15 (Surgery), 06/05/15 to 09/15/15 (OT),
03/23/16 to 04/14/16 (OT), 04/27/16 to 05/17/16 (OT),
08/08/16 to 11/07/16 (OT)

Southcoast Physicians Group/Christian Petrulio, M.D.
Dates of Service: 04/02/15, 04/13/15, 04/23/15, 04/28/15, 10/19/15, 11/05/15

Pro Sports Orthopedics
Dates of Service: 12/22/15 to 09/12/16

New England Baptist Hospital
02/04/16, 07/21/16

<u>Richard S. Fraser, M.D.</u>
25 Lull Street, Westwood, MA 02090
Date of Service: 10/15/15

<u>Barry Saperia, M.D.</u>
72 Washington Street, Suite 2600, Taunton, MA 02780
Date of Service: 03/10/17

**b.  <u>Photographs and Videos.</u>**

The Plaintiff produces a CD containing photographs and videos.

**(iii)   <u>Damages.</u>**

a. Medical Expenses:                              $60,840.04+
b. Lost Earnings:                                      $60,000.00+
c. Anticipated Future Medical Expenses:    unknown at this time
d. Anticipated Future Lost Earnings:          $546.27 per week

Dated:  June 16, 2017

Respectfully submitted,
RAFAEL HUERTA
By his Attorney,

*/s/ Mark R. Karsner*

_____
Mark R. Karsner, BBO# 260380
mrk@karsnermeehan.com
KARSNER & MEEHAN, P.C.
128 Dean Street
Taunton, MA 02780
508-822-6600

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on 06/16/17.

*/s/ Mark R. Karsner*

_____
Mark R. Karsner